James A. Leiter Sons, Incorporated, Respondent, v. Meyer Rose and Manny Rose, Doing Business under the Assumed Name and Style of The Sally Ann Baking Company, Appellants.— Judgment and order reversed on the law, with costs, and motion denied, with ten dollars costs. Memorandum: We find

that the pleadings in this action and the supporting affidavits present a fair issue at least as to fraud, upon which defendants are entitled to a trial. All concur. (The judgment is for plaintiff in an action for damages for breach of contract.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.